

# United States District Court for the Eastern District of Virginia.

Civil No. 3:08CV559

Marquita Wilson-Ramsey
vs
Kool Smiles P.C., Laurie Knight

Kool Smiles is represented by **Alston & Bird LLP**
**One Atlantic Center**
**1201 West Peachtree Street**
**Atlanta, Georgia 30309-3424**
**404-881-7000**
**Fax 404-881-7777**
**Www.alston.com**

And there Corporate Office is **NCDR LLC**
**400 Galleria Parkway SE**
**Suite 800**
**Atlanta, GA 30339**

# In The United States District Court for the Eastern District of Virginia.

Marquita Wilson-Ramsey

Civil No._____

vs.

Kool Smiles, P.C., Laurie Knight

I started working for KoolSmiles in the ending months of April. On my background check there was a endangering child report on my record so I had to submit documentation that it was unfounded. Which I did submit. I enjoyed working at koolsmiles. I learned a lot. My positions were front desk hgy, check out ops, filing, surveys, eligibility checks, confirmation for both clinics, rescheduling appointments for both clinics, scheduling appointments at home for both clinics ,confirming at home for both clinics etc. I also developed a G3 sheet to help document the referral list that they use in all koolsmiles now. I was giving a company cell phone by Laurie Knight office mgr.( **supporting documentation enclosed, unfounded letter, duties sheet**) I started working in Mechanicsville location. My customer service skills were so good that I was transferred to south sides location in the month of September. To help bring up the daily numbers and customer service. At south side clinic my duties remain the same I was front desk but did all the above. In working at both clinic I was never giving a verbal warring or written up. My starting pay was $11.00. I have received a numerous amount of references about my customer service skills. And was offered a job by parent of child who attends koolsmiles because of my customer service skills. By Lorraine N. Walls, BA, RN, CRRN(Director of Nursing, Heath south). ( **enclosed, references letters**).

In December I was trying to go for the office mgr position that was available in south side and a new clinic that was opening in colonial heights on feb, 14,2007. I spoke to Mike Mazzone (regional vp mgr) I also spoke to Laurie Knight ( office mgr) I was told by Laurie Knight that I could not move up unless she move up first. Then on my vacation on Dec 22,2006 I was on vacation for 5 days Laurie Knight invited me to lunch to tell me that she was pushing for Debbie (CRS) for office mgr position. Then Mr Mazzone told me I should go for market because I gave hem a proposal about a new idea for Kool Smiles first in September.( **Document enclosed**). **Mike Mazzone introduce me to Mr. Tu Tran (Founder) as Lala and said I was running things on this side. Later in the month Mr Tu Tran** came to south side clinic in December. I spoke to hem about my new idea and he loved it. He want to know when could I start. I told hem soon as I talk with Mr. Frederick Cherry ( Social Service) I secured the space in Social Service with Mr Cherry on 1-11-2007. I also purchased a laptop that day ( **Documents enclosed**) . Dr. Tran said for Laurie Knight to get me the wireless card. She never did order it. I got two letters sign one on 01-16-2007 with Laurie, myself , Mr Cherry and one stating it was my idea on 01-17-2007( **Documents enclosed**) .Then Laurie Knight accused me of changing her name off the letter. So she took Debbie (CRS) to see Mr. Cherry trying to replace me with **Debbie (CRS) Community Relation Specialist Marketing.  Then the incident occurred on 01-24-2007 Lauire then stated she did not have a problem removing me off the project and replacing**

**me with Debbie(CSR) (Documents enclosed)** When I received my check on Friday 01-26-2007 there was a two dollar raise on it for all my hard work. On Friday night 01-26-07. I was on the phone with EEOC and Laurie Knight called my home to tell me that Mr. Mazzone knew I had a letter signed and that I would be fired but I told her I could not talk because I was on a very important call. Saturday on 01-27-2007 at 7:30am on my off day Laurie called to ask me to open the clinic so I did and stayed there till 10:00am. On 01-29-2007 Monday I went to work and worked a full day. Laurie called at 5:00pm I said I would wait for her. She came to the clinic and we went in the office myself, Laurie Knight ,Debbie (CRS). She then told me I was fired because of my signed statement from the staff **(Document enclosed)** She also stated that with no job what would I do for money and I now have time to that care of my disable child. I told her that I wanted it in writing that I no longer worked for kool smiles. She then called Mr. Mazzone and he said that corporate would send it to me in 2 weeks. I said That I need something in writing before I leave today to show I did not walk out on my own. So Laurie Knight typed a letter stating I no longer worked for the company as of 01-29-2007 and I signed it and made a copy and left.**(Document enclosed).**

When I went to south side clinic to pick up my check on 02-09-2007. I did not receive the correct amount. I call human resources 02-09-2007 and spoke to payroll. I also left a message for Mrs. Knight. I was told by payroll that Laurie had to give the approval and then they would give me the holiday pay I did not receive 8 hours. Mrs. Knight called me on Saturday 02-10-2007 and said she would take care of it. I went to pick up my check today on 02-21-2007 and it is still wrong I only received $22.49.**(Documents enclosed)** I have sent supporting documentation to EEOC ,Paul o Walker (Board), Dr. Tu Tran (Founder), Kevin Miller,(CEO), Courtney Quick(Human Resources)and VEC Deputy Weaver.

written notice, my letter, sign statement from staff, social service signed letters both copies, email to Mr Mazzone, termination letter and I sent deputy Weaver my reference letters included. Deputy Weaver received her info on 02-12-2007 and our phone call was on 02-16-2007 at 9:30am. No one from NCDR LLC (kool smiles) answered.

(I have enclosed my letter I wrote on the 27th of January about the situation on 01-24-2007, 01-25-2007, 01-26-2007 in detail) I have also enclosed info that I inquired about Central Virginia Legal Aid Society, INC. On 02-01-2007 and Kool Smiles employee handbook.

I hope this is what you need .

Sincerely , Marquita Wilson-Ramsey

**<u>Monique Smith is willing to talk in my behave if needed.</u>**
**<u>Team Leader</u>**
**<u>Home#(804)262-6175</u>**
**<u>Cell#(804)938-0531</u>**

## INFORMATION

Corporate Office
NCDR LLC
400 Galleria Parkway SE
Suite 800
Atlanta, GA30339

Kool Smiles
3824 Mechanicsville Pike, Unit#12
Richmond, VA 23223

Kool smiles
4722 N. South Side Plaza, Street
Richmond, VA 23224

Steven Savage
(Development Senior VP)
Ext1044
(770)329-5954
(678)500-1984
Email#ssavage@ncdrllc.com

Paul o Walker(Board)
Cell#(404)771-1725
Email#powalker@ncdrllc.com

Dr.Tu Tran(Chief Dentist/Owner)
(404)229-6943
Email#ttran@koolsmilespc.com

Laurie Knight (office mgr for mechanicsville, south side and now I heard colonial heights also)
email# lknight@ncdrllc.com
Cell#(804)627-1845

David King (Vp human resources)
(770)916-9000

Kevin Miller(CEO)
Ext1039
(908)285-8852
Email#kmiller@ncdrllc.com

Courtney Quick (human resources)
ext 1030
(678)827-0989
(404)694-8688

email#cquick@ncdrllc.com

1. Kool Smiles, P.C. will provide Mrs. Wilson-Ramsey with a severance package to include the following:

a. Six months severance at the pay rate of $15.00/hour
b. Payment of damages in the amount of $10,000 for public Humiliation and embarrassment related to the police incident;
c. Payment of COBRA benefits for the next six months:
d. Payment of attorney's fees until date of settlement;
e. Provision of a neutral reference for all employment inquiries;
f. Cessation of calls to Mrs Wilson-Ramsey from Ms Knight; and
g. A written apology from Ms Knight for her malicious treatment of Mrs Wilson-Ramsey

Sincerely,
Marquita Wilson-Ramsey